AO 442 (Rev. 01/09) Arrest Warrant

1012044

U.S. MARSHAL-DC PM2:21
RECEIVED MAY 10 '23

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | | |
| ERIC JONES | ) | Case No. | CR 23-154 |
| | ) | | |
| *Defendant* | ) | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* __ERIC JONES__, who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1) - Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable of Imprisonment for a Term Exceeding One Year

Date: __05/09/2023__

Zia M. Faruqui  Digitally signed by Zia M. Faruqui

*Issuing officer's signature*

City and state: __Washington, DC__   __ZIA M. FARUQUI, U.S. Magistrate Judge__
*Printed name and title*

### Return

This warrant was received on *(date)* __5/10/23__, and the person was arrested on *(date)* __5/9/23__
at *(city and state)* __DC    DC__.

Date: __5/10/23__

Monelina Trejo
*Arresting officer's signature*

Trejo   DUSM
*Printed name and title*